COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOACHIM P. COX   7520-0
 jcox@cfhawaii.com
RANDALL C. WHATTOFF 9487-0
 rwhattoff@cfhawaii.com
KAMALA S. HAAKE  9515-0
 khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone: (808) 585-9440
Facsimile: (808) 275-3276

Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC and
HUNT MH PROPERTY MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| THERESA ADAMS; JOY SHERAE BRYANT; JACQUELINE SIMS, INDIVIDUALLY AND AS GUARDIAN OF B.A., A MINOR; PHILLIP BECNEL; CHERYL L. BURNESS; JIESOOK BUTLER; CHARLES BUTLER, INDIVIDUALLY AND AS GUARDIAN OF E.Y.B, A MINOR, AND L.B., A MINOR; LISA CHARLES; PERCY CHARLES; KELLY J. CHRISTIE; TREVOR ROBB,<br><br>    Plaintiffs,<br><br> vs.<br><br>OHANA MILITARY COMMUNITIES, LLC; HUNT MH PROPERTY | CIVIL NO.<br><br>DEFENDANTS OHANA MILITARY COMMUNITIES, LLC AND HUNT MH PROPERTY MANAGEMENT, LLC'S NOTICE OF REMOVAL; DECLARATION OF RANDALL C. WHATTOFF; EXHIBIT 1; CERTIFICATE OF SERVICE<br><br>No Trial Date Set |

MANAGEMENT, LLC; and DOE
Defendants 1-10,

        Defendants.

OHANA MILITARY COMMUNITIES, LLC; HUNT MH PROPERTY MANAGEMENT, LLC;

        Third-Party Plaintiffs,

vs.

UNITED STATES OF AMERICA,

        Third-Party Defendant.

**DEFENDANTS OHANA MILITARY COMMUNITIES, LLC AND HUNT MH PROPERTY MANAGEMENT, LLC'S NOTICE OF REMOVAL**

Defendants Ohana Military Communities, LLC ("Ohana") and Hunt MH Property Management, LLC ("Hunt") (collectively, "Defendants"), hereby remove to this Honorable Court a civil lawsuit filed in the First Circuit Court for the State of Hawai'i, Case No. 1CCV-23-0001433, pursuant to 28 U.S.C. §§ 1331, 1346, 1441, 1446, and 2679.

## I.    STATE COURT PROCEEDINGS

1. On November 6, 2023, Plaintiffs Theresa Adams, Joy Sherae Bryan, Jacqueline Sims, individually and as guardian of B.A., a minor, Phillip Becnel, Cheryl Burness, Jiesook Butler, Charles Butler, individually and as

2

guardian of E.Y.B., a minor, and L.B., a minor, Lisa Charles, Percy Charles, Kelly J. Christie, and Trevor Robb (collectively, "Plaintiffs") filed a Complaint against Defendants in the First Circuit Court for the State of Hawaiʻi. The Complaint alleges the following causes of action: (1) Breach of Contract; (2) Breach of Implied Warranty of Habitability; (3) Violation of Hawaiʻi Revised Statute Chapter 521 – Landlord Tenant Code; (4) Unfair and Deceptive Trade Practices/Unfair Methods of Competition; (5) Nuisance; and (6) Wrongful Eviction.

2. Defendants were served with a copy of the Complaint, Summons, and Demand for Jury Trial on November 8, 2023. Decl. of R. Whattoff ¶ 2.

3. On November 28, 2023, Defendants filed an Answer to the Complaint. *Id.* ¶ 3.

4. On December 8, 2023, Defendants filed a First Amended Answer to the Complaint and a Third-Party Complaint against the United States. *Id.* ¶ 4.

5. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

## II. VENUE

6. Venue lies in the United States District Court for the District of Hawaiʻi pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because this action was originally brought in the First Circuit Court for the State of Hawaiʻi.

## III. GROUNDS FOR REMOVAL

7. This action is removable to this Court under 28 U.S.C. § 1441 because the allegations in Plaintiffs' Complaint require the participation of the United States as a third-party defendant and therefore raises a federal question. As a result, Defendants have filed a Third-Party Complaint against the United States for indemnification, contribution, and negligence under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671, *et seq.*

8. Plaintiffs' claims are premised on the Department of the Navy's ("Navy") alleged leak of fuel from the Red Hill Bulk Fuel Storage Facility ("Red Hill") on November 20, 2021 (the "November 2021 Spill"), which allegedly resulted in the contamination of drinking water in the military housing communities in which Plaintiffs resided. Compl. ¶¶ 27–30.

9. In the Complaint, Plaintiffs specifically acknowledge that the Navy owns and/or operates Red Hill and that the Navy maintains the Joint Base Pearl Harbor-Hickam Water System ("JBPHH Water System"), which supplies water to Plaintiffs' military housing communities. *Id.* ¶¶ 27, 31.

10. The Complaint does not allege that Defendants caused or otherwise contributed to the November 2021 Spill.

11. Plaintiffs instead allege that "in November 2021, fuel leaks from the Red Hill facility resulted in contamination of drinking water supplied to Plaintiffs' communities . . . ." *Id.* ¶ 32.

12. The Navy's own investigation revealed that the Navy was solely responsible for the November 2021 Spill, as well as the spill that occurred on May 6, 2021 (the "May 2021 Spill") that predicated the November 2021 Spill. *See generally* Memorandum from RDML Christopher J. Cavanaugh to Commander, U.S. Pacific Fleet dated January 14, 2022 (the "Cavanaugh Report"), *available at* https://www.epa.gov/system/files/documents/2022-07/FOIA-Release-Red%20Hill-CI-%28June%202022%29.pdf.

13. Defendants had no role in either the May 2021 or November 2021 Spills, nor were Defendants involved in the incident responses, the Navy's information reporting, or the Navy's investigation or testing of water samples following the incidents.

14. Yet, Plaintiffs have brought various claims against Defendants relating to the November 2021 spill based solely on Defendants' purported role as "landlords."

15. As pled, the Complaint presupposes that the November 2021 Spill resulted in contamination of water to Plaintiffs' military housing communities, and the claims against Defendants assume such contamination.

16. Despite Plaintiffs' acknowledgement that Red Hill and the JBPHH Water System are owned, operated, and/or maintained by the Navy, and despite the Navy's own admission that it was responsible for the May and November 2021 spills, Plaintiffs have not filed any claims against the Navy.

17. By failing to name the Navy as a defendant, Plaintiffs are improperly attempting to: (1) place the burden on Defendants to show that it did not cause or contribute to the alleged contamination and (2) circumvent the administrative claim requirements under the FTCA, 28 U.S.C. § 2675.

18. Because Plaintiffs have improperly omitted the Navy as a defendant, Defendants have filed a Third-Party Complaint against the United States for contribution, indemnification, and negligence under the FTCA. As Defendants allege in the Third-Party Complaint, the Navy has found that the May 2021 Spill was caused by "human error", and the November 2021 Spill was caused by "a failure to properly account for the fuel spilled on 6 May 2021 (human error)."

19. Removal is proper under 28 U.S.C. § 1441 because Plaintiffs should have named the Navy as a defendant, which claims would have been filed

under the FTCA, and for which this Court has exclusive jurisdiction.  28 U.S.C. §§ 1346, 2679.

20. Removal is proper under 28 U.S.C. § 1441 because Defendants have filed a Third-Party Complaint against the United States for contribution, indemnification, and negligence under the FTCA.  This Court has exclusive jurisdiction over such claims.  28 U.S.C. §§ 1346, 2679.

IV. **NOTICE TO ADVERSE PARTIES AND STATE COURT**

21. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice shall be promptly served on Plaintiffs' counsel of record and will be filed with the Clerk of the Court of the First Circuit, State of Hawaiʻi.

V. **CONCLUSION**

22. By removing this action to this Court, Defendants do not waive any defenses, objections or motions available under state or federal law. Defendants expressly reserve the right to move for dismissal of Plaintiffs' claims pursuant to Rule 12 of the Federal Rules of Civil Procedure and/or any other rule.

23. WHEREFORE, Defendants pray that the above-titled action be removed from the Circuit Court of the First Circuit, State of Hawaiʻi, to the United States District Court for the District of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, December 8, 2023.

/s/ Randall C. Whattoff
JOACHIM P. COX
RANDALL C. WHATTOFF
KAMALA S. HAAKE

Attorneys for Defendants
OHANA MILITARY COMMUNITIES, LLC and
HUNT MH PROPERTY MANAGEMENT, LLC